IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| William Longarrow Riffey, ) | |
| ) | C.A. No. 1:09-cv-2872-JMC |
| Plaintiff, ) | |
| ) | |
| v. ) | **OPINION AND ORDER** |
| ) | |
| Troy Johnson, individually and in his ) | |
| official capacity; and Bureau of Prisons, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on Defendant Troy Johnson's Motion to Dismiss, or in the alternative, for Summary Judgment [Doc. # 37]; and Plaintiff William Longarrow Riffey's Motion for a Hearing [Doc. # 60]. Plaintiff, proceeding *pro se,* is an inmate at the Federal Correctional Institution ("FCI") in Estill, South Carolina, a facility of the Bureau of Prisons, and files this action *in forma pauperis* under 28 U.S.C. § 1915. Plaintiff seeks relief under *Bivins v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 397 (1971).

The Magistrate Judge's Report and Recommendation [Doc. # 63], filed on December 10, 2010, recommends Defendants' Motion to Dismiss [Doc. # 37] be granted. The Report and Recommendation sets forth in detail the relevant facts and legal standards on this matter, and the court incorporates the Magistrate Judge's recommendation herein without a recitation.

The Magistrate Judge's Report and Recommendation is made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objections are made, and the court

may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

Plaintiff was advised of his right to file objections to the Report and Recommendation [Doc. # 63-1]. However, Plaintiff filed no objections to the Report and Recommendation.

In the absence of objections to the Magistrate Judge's Report and Recommendation, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Furthermore, failure to file specific written objections to the Report and Recommendation results in a party's waiver of the right to appeal from the judgment of the District Court based upon such recommendation. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts the Magistrate Judge's Report and Recommendation [Doc. # 63] and incorporates it herein. It is therefore **ORDERED** that Defendant's Motion to Dismiss [Doc. # 37] is granted without prejudice and that Plaintiff's Motion for a Hearing [Doc. # 60] is **MOOT**.

**IT IS SO ORDERED.**

s/ J. Michelle Childs  
United States District Judge

Greenville, South Carolina  
January 7, 2011